ORIGINAL
FILED

07 SEP 20 PM 2:44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
    San Francisco, CA  94105-2994
3   Telephone:  (415) 268-2000
4   Facsimile:   (415) 268-1999
    Email:      matt.jaksa@hro.com
5
6   Attorneys for Plaintiffs,
    LAFACE RECORDS LLC; ELEKTRA
7   ENTERTAINMENT GROUP INC.; UMG
    RECORDINGS, INC.; and WARNER BROS.
8   RECORDS INC.
9

10              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
11

12
                                    C 07   4847   SBA
13  LAFACE RECORDS LLC, a Delaware limited   CASE NO.
    liability company; ELEKTRA
14  ENTERTAINMENT GROUP INC., a Delaware     CERTIFICATION OF INTERESTED
    corporation; UMG RECORDINGS, INC., a     ENTITIES OR PERSONS
15  Delaware corporation; and WARNER BROS.
16  RECORDS INC., a Delaware corporation,

17                Plaintiffs,

18       v.

19  JOHN DOE #4,
20                Defendant.

21
22
23
24
25
26
27
28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6    The following companies are parents of, or partners in Plaintiff Laface Records LLC:  Sony

7    BMG Music Entertainment; USCO Holdings Inc.; BeSo Holding LLC; Arista Holding, Inc.; Sony

8    Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba US Holdings, Inc.;

9    Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony

10   Corporation is publicly traded in the U.S.

11   The following companies are parents of, or partners in Plaintiff Elektra Entertainment Group

12   Inc.:  WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which

13   only Warner Music Group Corp. is publicly traded.  Warner Music Group Corp. is publicly traded in

14   the U.S.

15   The following companies are parents of, or partners in Plaintiff UMG Recordings, Inc.:

16   Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings

17   Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is

18   publicly traded.  Vivendi S.A. is publicly traded in France.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

1         The following companies are parents of, or partners in Plaintiff Warner Bros. Records Inc.:

2    WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only

3    Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the

4    U.S.

5

6    Dated:  September 20, 2007                         HOLME ROBERTS & OWEN LLP

7

8                                         By:  _____

9                                           MATTHEW FRANKLIN JAKSA
                                     Attorney for Plaintiffs

10                                        LAFACE RECORDS LLC; ELEKTRA
                                     ENTERTAINMENT GROUP INC.; UMG

11                                        RECORDINGS, INC.; and WARNER
                                     BROS. RECORDS INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2