1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
5  Email:  matt.jaksa@hro.com

6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; ELEKTRA
7  ENTERTAINMENT GROUP INC.; UMG
   RECORDINGS, INC.; and WARNER BROS.
8  RECORDS INC.

9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13  LAFACE RECORDS LLC, a Delaware limited        CASE NO.
    liability company; ELEKTRA
14  ENTERTAINMENT GROUP INC., a Delaware         [PROPOSED] ORDER GRANTING
    corporation; UMG RECORDINGS, INC., a         PLAINTIFFS' *EX PARTE* APPLICATION
15  Delaware corporation; and WARNER BROS.       FOR LEAVE TO TAKE IMMEDIATE
    RECORDS INC., a Delaware corporation,        DISCOVERY
16

17                Plaintiffs,

18       v.

19  JOHN DOE #4,
20                Defendant.

21

...

28

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32480 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery,
2  the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on San Francisco State
4  University to obtain the identity of Defendant John Doe # 4 ("Defendant") by serving a Rule 45
5  subpoena that seeks documents that identify Defendant, including the name, current (and permanent)
6  address and telephone number, e-mail address, and Media Access Control addresses for Defendant.
7  The disclosure of this information is consistent with San Francisco State University's obligations
8  under 20 U.S.C. 1232g.
9  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11 under the Copyright Act

Dated: _____    By: _____
                                United States District Judge

---

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32480 v1