IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFACE RECORDS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE &# 4,<br><br>    Defendant.<br>_____/ | No. C 07-04847 SBA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

PURSUANT TO CIVIL L.R. 72-1

IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for all discovery. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 10/3/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California