Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>Plaintiffs,<br><br>v.<br><br>JOHN DOE #4,<br>Defendant. | CASE NO. 4:07-CV-04847-SBA<br><br>Honorable Saundra B. Armstrong<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for January 10, 2008, at 2:45 p.m. to April 10, 2008.

Plaintiffs filed the Complaint against Defendant John Doe #4 ("Defendant") on September 20, 2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify Defendant. On October 4, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on SFSU. On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, telephone number, and address.

After learning Defendant's identity, Plaintiffs have made several attempts to contact Defendant to attempt to resolve this dispute without further litigation. If Plaintiffs are unable to contact Defendant and resolve the dispute, Plaintiffs plan to file an amended complaint naming Defendant personally.

Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 10, 2008, at 2:45 p.m. to April 10, 2008.

Dated: December 20, 2007                    HOLME ROBERTS & OWEN LLP

By: _____*/s/ Matthew Franklin Jaksa*___
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 10, 2008, at 2:45 p.m. be continued to April 10, 2008.

Dated: _____     By: _____
                                       Honorable Saundra B. Armstrong
                                       United States District Judge