1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; ELEKTRA
7  ENTERTAINMENT GROUP INC.; UMG
   RECORDINGS, INC.; and WARNER
8  BROS. RECORDS INC.

9                          UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
10                                 OAKLAND DIVISION
11

12 | LAFACE RECORDS LLC, a Delaware limited | CASE NO. 4:07-CV-04847-SBA
   | liability company; ELEKTRA
13 | ENTERTAINMENT GROUP INC., a Delaware    | Honorable Saundra B. Armstrong
   | corporation; UMG RECORDINGS, INC., a
14 | Delaware corporation; and WARNER BROS.  | ***EX PARTE*** **APPLICATION TO CONTINUE**
   | RECORDS INC., a Delaware corporation,   | **CASE MANAGEMENT CONFERENCE**
15 |                                         | **AND [PROPOSED] ORDER**
                   Plaintiffs,
16
         v.
17
18 JOHN DOE #4,
19                 Defendant.

20
21
22
23
24
25
26
27
28

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 4:07-cv-04847-SBA
#34577 v1

1  Plaintiffs respectfully request that the Court continue the case management conference
2 currently set for January 10, 2008, at 2:45 p.m. to April 10, 2008.
3  Plaintiffs filed the Complaint against Defendant John Doe #4 ("Defendant") on September
4 20, 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take
5 Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco
6 State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify
7 Defendant.  On October 4, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte*
8 Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45
9 subpoena on SFSU.  On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing
10 Plaintiffs with identifying information including Defendant's name, telephone number, and address.
11  After learning Defendant's identity, Plaintiffs have made several attempts to contact
12 Defendant to attempt to resolve this dispute without further litigation.  If Plaintiffs are unable to
13 contact Defendant and resolve the dispute, Plaintiffs plan to file an amended complaint naming
14 Defendant personally.
15  Given the foregoing circumstances, and because there is not yet a named defendant in this
16 case, a case management conference is unnecessary at this time.  Plaintiffs therefore respectfully
17 request that the Court continue the case management conference currently set for January 10, 2008,
18 at 2:45 p.m. to ~~April 10, 2008~~ APRIL 9, 2008 @ 2:45 P.M. VIA TELEPHONE.
19 Dated:  December 20, 2007                              HOLME ROBERTS & OWEN LLP

21                                                      By:  _____*/s/ Matthew Franklin Jaksa*___
22                                                             MATTHEW FRANKLIN JAKSA
                                                              Attorney for Plaintiffs

1

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 4:07-cv-04847-SBA
#34577 v1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 10, 2008, at 2:45 p.m. be continued to ~~April 10, 2008~~ APRIL 9, 2008 @ 2:45 P.M VIA TELEPHONE

Dated: 12/24/07            By: _Saundra B. Armstrong_
                                Honorable Saundra B. Armstrong
                                United States District Judge