Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JENNIFER LYNN GLASS,<br><br>                    Defendant. | CASE NO. 4:07-CV-04847-SBA<br><br>Honorable Saundra Brown Armstrong<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for April 9, 2008, at 2:45 p.m., to July 16, 2008.  As further explained below, Defendant Jennifer Lynn Glass ("Defendant") has not yet been served or appeared in this action, and therefore there is no need for a case management conference at this time.

2.    1.    Plaintiffs filed their initial Complaint against a John Doe defendant on September 20, 2007.  In order to obtain information sufficient to identify the Doe defendant, Plaintiffs also filed their *Ex Parte* Application for Leave to Take Immediate Discovery on September 20, 2007, seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP").  On October 4, 2007, the Court issued its Order for Leave to Take Immediate Discovery, which was promptly served on the ISP along with a Rule 45 subpoena.  On November 16, 2007, the ISP responded to Plaintiffs' subpoena, identifying the Defendant, Jennifer Lynn Glass.

2.    While the case was still in the Doe stage, the Court issued a January 4, 2008 Order granting Plaintiffs' previous request to continue the case management conference from January 10, 2008 to the currently scheduled date.[1]

3.    After the ISP identified Ms. Glass, Plaintiffs sent her a letter notifying her of Plaintiffs' copyright infringement claim and inviting her to contact Plaintiffs to attempt to resolve the dispute.  Although that letter was returned undelivered, Plaintiffs made further attempts to reach Ms. Glass and were eventually able to initiate settlement talks and forward written notification of their claims.  The parties did not reach a settlement.

4.    Accordingly, Plaintiffs filed a First Amended Complaint on February 29, 2008, naming Ms. Glass individually as Defendant.

5.    To date, Plaintiffs' attempts to serve Defendant with process have been unsuccessful.  Plaintiffs continue to attempt to serve Defendant.

6.    Given the foregoing circumstances, a case management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management

---

[1] The Court also issued a January 22 Order granting Plaintiffs' request for a 90-day extension of time to effectuate service.

1

1  conference currently set for April 9, 2008, at 2:45 p.m., to July 16, 2008, or such other date as
2  conveniences the Court.
3      7.    Plaintiffs will provide Defendant with a copy of this request and any Order
4  concerning this request when service of process occurs.

5  Dated: March 26, 2008        HOLME ROBERTS & OWEN LLP

7  By: _____/s/ Matthew Franklin Jaksa___
       MATTHEW FRANKLIN JAKSA
8      Attorney for Plaintiffs

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for April 9, 2008, at 2:45 p.m., be continued to July 16, 2008.

Dated: _____    By: _____
    Honorable Saundra Brown Armstrong
    United States District Judge