Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER LYNN GLASS,<br><br>Defendant. | CASE NO. 4:07-CV-04847-SBA<br><br>Honorable Saundra Brown Armstrong<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND  ORDER** |

Case No. 4:07-cv-04847-SBA

1  Plaintiffs respectfully request that the Court continue the case management conference
2  currently set for April 9, 2008, at 2:45 p.m., to July 16, 2008.  As further explained below,
3  Defendant Jennifer Lynn Glass ("Defendant") has not yet been served or appeared in this action, and
4  therefore there is no need for a case management conference at this time.

5  1.  Plaintiffs filed their initial Complaint against a John Doe defendant on September 20,
6  2007.  In order to obtain information sufficient to identify the Doe defendant, Plaintiffs also filed
7  their *Ex Parte* Application for Leave to Take Immediate Discovery on September 20, 2007, seeking
8  the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider
9  ("ISP").  On October 4, 2007, the Court issued its Order for Leave to Take Immediate Discovery,
10 which was promptly served on the ISP along with a Rule 45 subpoena.  On November 16, 2007, the
11 ISP responded to Plaintiffs' subpoena, identifying the Defendant, Jennifer Lynn Glass.

12 2.  While the case was still in the Doe stage, the Court issued a January 4, 2008 Order
13 granting Plaintiffs' previous request to continue the case management conference from January 10,
14 2008 to the currently scheduled date.[1]

15 3.  After the ISP identified Ms. Glass, Plaintiffs sent her a letter notifying her of
16 Plaintiffs' copyright infringement claim and inviting her to contact Plaintiffs to attempt to resolve
17 the dispute.  Although that letter was returned undelivered, Plaintiffs made further attempts to reach
18 Ms. Glass and were eventually able to initiate settlement talks and forward written notification of
19 their claims.  The parties did not reach a settlement.

20 4.  Accordingly, Plaintiffs filed a First Amended Complaint on February 29, 2008,
21 naming Ms. Glass individually as Defendant.

22 5.  To date, Plaintiffs' attempts to serve Defendant with process have been unsuccessful.
23 Plaintiffs continue to attempt to serve Defendant.

24 6.  Given the foregoing circumstances, a case management conference is unnecessary at
25 this time.  Plaintiffs therefore respectfully request that the Court continue the case management

---

[1] The Court also issued a January 22 Order granting Plaintiffs' request for a 90-day extension of time to effectuate service.

1

Case No. 4:07-cv-04847-SBA

conference currently set for April 9, 2008, at 2:45 p.m., to July 16, 2008, or such other date as conveniences the Court.

7. Plaintiffs will provide Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated: March 26, 2008　　　　　　　　　　　HOLME ROBERTS & OWEN LLP

By: _____/s/ Matthew Franklin Jaksa___
　　　MATTHEW FRANKLIN JAKSA
　　　Attorney for Plaintiffs

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for April 9, 2008, at 2:45 p.m., be continued to July 16, 2008 at 2:30 p.m.

The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 3/27/08　　　　　　　　　　By: _____[signature]_____
　　　　　　　　　　　　　　　　　　Honorable Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　United States District Judge

2

Case No. 4:07-cv-04847-SBA