| | |
|---|---|
| 1 | Matthew Franklin Jaksa (CA State Bar No. 248072) |
| 2 | HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994 |
| | Telephone:  (415) 268-2000 |
| 4 | Facsimile:   (415) 268-1999 |
| 5 | Email:        matt.jaksa@hro.com |
| 6 | Attorneys for Plaintiffs, |
| | LAFACE RECORDS LLC; ELEKTRA |
| 7 | ENTERTAINMENT GROUP INC.; UMG<br>RECORDINGS, INC.; and WARNER |
| 8 | BROS. RECORDS INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| 12 | LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | CASE NO. 4:07-CV-04847-SBA |
| | | Honorable Saundra Brown Armstrong |
| | | **DECLARATION OF MATTHEW FRANKLIN JAKSA IN SUPPORT OF *EX PARTE* APPLICATION TO EXTEND TIME TO SERVE DEFENDANT WITH PROCESS** |
| | Plaintiffs, | |
| | v. | |
| | JENNIFER LYNN GLASS, | |
| | Defendant. | |

Declaration of Matthew Franklin Jaksa in Support of Ex Parte Application to Extend Service Deadline
Case No. 4:07-cv-04847-SBA
#37066 v1

# DECLARATION OF MATTHEW FRANKLIN JAKSA

I, Matthew Franklin Jaksa, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court, Northern District of California. I am an associate with the law firm of Holme Roberts & Owen LLP, counsel of record for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. This Declaration is submitted in support of Plaintiffs' *Ex Parte* Application to Extend Time to Serve Defendant With Process, filed April 17, 2008.

3. Plaintiffs filed their initial Complaint in this matter against a John Doe defendant on September 20, 2007. Although Plaintiffs did not have sufficient identifying information to name the defendant individually in the Complaint, Plaintiffs were able to identify the Doe defendant by an Internet Protocol address assigned by a third-party Internet Service Provider ("ISP"). Accordingly, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery requesting that the Court enter an order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP so that Plaintiffs could obtain information sufficient to identify Defendant.

4. On October 4, 2007, the Court issued its Order for Leave to Take Immediate Discovery, which was served on the ISP along with a Rule 45 subpoena. On November 16, 2007, the ISP responded to Plaintiffs' subpoena, identifying the Defendant, Jennifer Lynn Glass.

5. Because Plaintiffs did not initially know Ms. Glass's true identity, they were unable to directly contact her to discuss settlement of this matter until after the Doe Complaint had been filed and Plaintiffs received a subpoena response from the ISP. However, after Plaintiffs received the subpoena response from the ISP, they were able to use the contact information provided by the ISP and information they subsequently obtained through independent research to contact Ms. Glass by telephone and letter. Plaintiffs sought to contact Ms. Glass to attempt to resolve this matter before filing their First Amended Complaint and attempting service, in hopes of resolving the matter without the necessity of naming Ms. Glass in the lawsuit.

1

Declaration of Matthew Franklin Jaksa in Support of Ex Parte Application to Extend Service Deadline
Case No. 4:07-cv-04847-SBA
#37066 v1

6. On December 4, 2007, Plaintiffs sent a letter to Ms. Glass notifying her of their copyright infringement claims, and encouraging her to contact Plaintiffs and attempt to resolve the dispute. The letter was sent to 7 Garces Drive, San Francisco California, 94132, the address supplied by the ISP in its subpoena response. That letter was returned undelivered.

7. On information and belief, after multiple unsuccessful attempts to contact Ms. Glass by telephone, Plaintiffs' settlement representatives spoke to Ms. Glass via telephone on January 2, 2008 and presented a settlement offer. At that time, Ms. Glass stated that she had not received Plaintiffs' December 4 letter, and Plaintiffs' settlement representative verified that the letter was sent to an incorrect address. Plaintiffs then forwarded the December 4 letter to Defendant via e-mail on January 3, 2008.

8. On information and belief, Plaintiffs settlement representatives then made several more unsuccessful attempts to contact Ms. Glass via telephone from January 4 through January 10, 2008. Plaintiffs then conducted database research indicating Ms. Glass's correct address to be 12239 Toluca Dr., San Ramon, CA, 94583. On January 28, 2008, Plaintiffs again sent Ms. Glass a letter regarding their claims to that address.

9. On information and belief, Plaintiffs settlement representatives contacted Ms. Glass via telephone on February 8, 2008 and confirmed that Ms. Glass received Plaintiffs' letter. Plaintiffs' settlement representative gave Ms. Glass a one-week deadline to make a decision regarding settlement. The parties did not reach a settlement, and Plaintiffs have not heard from Ms. Glass since February 8, 2008.

10. Accordingly, Plaintiffs filed their First Amended Complaint on February 29, 2008, amending the initial John Doe Complaint to name Ms. Glass, individually, as the Defendant.

11. Plaintiffs then engaged First Legal Support Services to serve Defendant with process. Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Reasonable Diligence detailing the efforts of process server Raimundo Carvalho to serve Defendant. As detailed in the Affidavit, the process server has made eight attempts to serve Defendant at 12239 Toluca Dr., San Ramon, CA, 94583 on March 14, March 17, March 20, March 23, March 26, March 28, March 30, and April 28, 2008. The process server received no answer to any of these attempts. On March 30,

2

2008, the process server noted: "There is activity inside the residence. Knocked several times. Still no answer. Subject might be evading service." Affidavit of Reasonable Diligence, Exh. A, at 2.

12. In addition, on April 8, 2008, Plaintiffs conducted further database research to verify Defendant's residence. A true and correct copy of the search, which shows Defendant's address as 12239 Toluca Dr., San Ramon, CA, 94583, the address where service is being attempted, is attached as **Exhibit B**.

13. Based on the foregoing, Plaintiffs are informed and believe that 12239 Toluca Dr., San Ramon, CA, 94583 is the address where Defendant resides, and Plaintiffs will continue to attempt personal service at that address if the Court grants Plaintiffs' *Ex Parte* Application to Extend Time to Serve Defendant With Process, filed April 17, 2008.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of April, 2008, at San Francisco, California.

_____
Matthew Franklin Jaksa

# EXHIBIT A

| Attorney or Party without Attorney: <br> MATTHEW F. JAKSA <br> HOLME ROBERTS & OWEN LLP <br> 560 MISSION STREET <br> 25TH FLOOR <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-268-2000 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | | Ref. No or File No.: <br> LAFACE v GLASS | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | | | | |
| Plaintiff: LAFACE RECORDS LLC, et al. <br> Defendant: JENNIFER LYNN GLASS | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 4:07-CV-04847-SBA | |

1. I, RAIMUNDO CARVALHO, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JENNIFER LYNN GLASS as follows:

2. Documents: Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Ecf Registration Information Handout; Order Granting Plaintiffs' Ex Parte Application For Leave To Take Immediate Discovery; Ex Parte Application To Continue Case Management Conference And Order..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 03/14/08 | 3:10pm | Home | NO ANSWER. NO CARS. BLINDS CLOSED. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 12239 TOLUCA DRIVE SAN RAMON CA 94583. |
| Mon | 03/17/08 | 7:10pm | Home | NO ANSWER. LIGHTS ON. NO ACTIVITY. NO CARS. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 12239 TOLUCA DRIVE SAN RAMON CA 94583. |
| Thu | 03/20/08 | 9:00am | Home | NO ANSWER. NO CARS. UNABLE TO VERIFY ADDRESS. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 12239 TOLUCA DRIVE SAN RAMON CA 94583. |
| Sun | 03/23/08 | 5:05pm | Home | NO ANSWER. LIGHTS ON. ONE CAR IN THE DRIVE WAY. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 12239 TOLUCA DRIVE SAN RAMON CA 94583. |
| Wed | 03/26/08 | 7:55am | Home | NO ANSWER. ONE CAR IN THE DRIVE WAY. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 12239 TOLUCA DRIVE SAN RAMON CA 94583. |
| Fri | 03/28/08 | 6:55pm | Home | NO ANSWER. LIGHTS ON. ONE CAR IN THE DRIVE WAY. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 12239 TOLUCA DRIVE SAN RAMON CA 94583. |

| Attorney or Party without Attorney:<br>MATTHEW F. JAKSA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-2000 | | Ref. No or File No.:<br>LAFACE v GLASS | | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | | |
| Plaintiff: LAFACE RECORDS LLC, et al.<br>Defendant: JENNIFER LYNN GLASS | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:07-CV-04847-SBA | |

## SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 03/30/08 | 7:55am | Home | NO ANSWER. THERE IS ACTIVITY INSIDE THE RESIDENCE. KNOCKED SEVERAL TIMES. STILL NO ANSWER. SUBJECT MIGHT BE EVADING SERVICE. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 12239 TOLUCA DRIVE SAN RAMON CA 94583. |
| Mon | 04/28/08 | 2:00pm | Home | NO ANSWER. NO CHANGE. UPS PACKAGE ON THE FRONT PORCH FOR ANITA HUGHES. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 12239 TOLUCA DRIVE SAN RAMON CA 94583. |
| Tue | 04/29/08 | 12:00pm | Home | Returned Not Served on: JENNIFER LYNN GLASS Home - 12239 TOLUCA DRIVE SAN RAMON, CA. 94583 |

3. *Person Executing*
   a. RAIMUNDO CARVALHO
   b. **FIRST LEGAL SUPPORT SERVICES**
      1138 HOWARD ST
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee for service was:*
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2005-0000968-00
      (iii) County: San Francisco

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Page Number 2

# EXHIBIT B

DPPA - 1. Litigation
GLBA - 6. Persons With a Legal or Beneficial Interest re Consumer

Subject Summary | Others Using SSN | Address Summary (4) | Voter Registrations
Licenses | Personal Property | Real Property | Bankruptcies | Judgments & Liens
Relatives | Associated Entities | Neighbors (16) | Sources (5)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

| Full Name | Address | County | Phone |
|---|---|---|---|
| GLASS, JENNIFER L | 12239 TOLUCA DR<br>SAN RAMON, CA 94583-2645<br>COUNTY: CONTRA COSTA | CONTRA COSTA | |

| ADDITIONAL PERSONAL INFORMATION | | |
|---|---|---|
| SSN | DOB | GENDER |
| 601-78-XXXX<br>(ARIZONA: 1989-1989) | 03/1988<br>(Age: 20) | |

## Subject Summary

Name Variations (2) | SSNs Summary (1) | DOBs (1)

**Name Variations**                                        View Name Variation Sources

| 1: | GLASS, JENNIFER L |
|---|---|
| 2: | GLASS, JENNIFER |

**SSNs Summary**                                                      View SSN Sources

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| 1: | 601-78-XXXX | ARIZONA | 1989-1989 | |

**DOBs**                                                              View DOB Sources

| 1: | 03/1988 |
|---|---|

Address Summary

**Address Summary - 4 records found for subject:**                   View Address Sources

| # | Address | Actions |
|---|---|---|
| 1: | 12239 TOLUCA DR<br>SAN RAMON, CA 94583-2645<br>COUNTY: CONTRA COSTA | Get Report<br><br>View Details |
| 2: | 7 GARCES DR<br>SAN FRANCISCO, CA 94132-2340<br>COUNTY: SAN FRANCISCO | Get Report<br><br>View Details |
| 3: | 802 FONT BLVD APT<br>SAN FRANCISCO, CA 94132-1723<br>COUNTY: SAN FRANCISCO | Get Report<br><br>View Details |

| 4: | MPH 530A<br>SAN FRANCISCO, CA 94132<br>COUNTY: SAN FRANCISCO | | | Get Report<br><br>View Details |

**Address Details**

| 1: 12239 TOLUCA DR, SAN RAMON, CA 94583-2645 | | | |
|---|---|---|---|
| Address | Dates | Phones | Actions |
| 12239 TOLUCA DR<br>SAN RAMON, CA 94583-2645<br>COUNTY: CONTRA COSTA | 03/2008 | | Get Report<br><br>View Neighbors |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 36 |
| Median Income: | | | $142,597 |
| Median Home Value: | | | $479,800 |
| Median Education Level: | | | 15 years |
| 2: 7 GARCES DR, SAN FRANCISCO, CA 94132-2340 | | | |
| Address | Dates | Phones | Actions |
| 7 GARCES DR<br>SAN FRANCISCO, CA 94132-2340<br>COUNTY: SAN FRANCISCO | 12/2007 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 38 |
| Median Income: | | | $45,804 |
| Median Home Value: | | | $0 |
| Median Education Level: | | | 15 years |
| 3: 802 FONT BLVD APT, SAN FRANCISCO, CA 94132-1723 | | | |
| Address | Dates | Phones | Actions |
| 802 FONT BLVD APT<br>SAN FRANCISCO, CA 94132-1723<br>COUNTY: SAN FRANCISCO | 08/2007 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 31 |
| Median Income: | | | $33,715 |
| Median Home Value: | | | $0 |
| Median Education Level: | | | 15 years |
| 4: MPH 530A, SAN FRANCISCO, CA 94132 | | | |
| Address | Dates | Phones | Actions |
| MPH 530A<br>SAN FRANCISCO, CA 94132<br>COUNTY: SAN FRANCISCO | 02/2007 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 35 |
| Median Income: | | | $57,629 |
| Median Home Value: | | | $350,000 |
| Median Education Level: | | | 15 years |

Neighbors

**Neighbors**

| | 12239 TOLUCA DR, SAN RAMON, CA 94583-2645 | | |
|---|---|---|---|
| Name | Address | Phone | Actions |

| Name | Address | Phone | |
|---|---|---|---|
| BELLASBACH, JANE | 12240 TOLUCA DR<br>SAN RAMON, CA 94583-2643<br>COUNTY: CONTRA COSTA | (925) 828-6969 | Get Report |
| WYANT, THERESA A | 12235 TOLUCA DR<br>SAN RAMON, CA 94583-2645<br>COUNTY: CONTRA COSTA | (925) 828-4252 | Get Report |
| | 12244 TOLUCA DR<br>SAN RAMON, CA 94583-2643<br>COUNTY: CONTRA COSTA | (925) 803-8309 | Get Report |
| DAWSON, WILLIAM HARVEY | 12232 TOLUCA DR<br>SAN RAMON, CA 94583-2619<br>COUNTY: CONTRA COSTA | (925) 828-3973 | Get Report |
| BALDWIN, WILBUR L | 12231 TOLUCA DR<br>SAN RAMON, CA 94583-2645<br>COUNTY: CONTRA COSTA | (925) 828-4275 | Get Report |
| BALDWIN, IDA M | 12231 TOLUCA DR # CA<br>SAN RAMON, CA 94583-2645<br>COUNTY: CONTRA COSTA | (925) 828-4275 | Get Report |
| MAREK, BOBBI JEAN | 12247 TOLUCA DR<br>SAN RAMON, CA 94583-2651<br>COUNTY: CONTRA COSTA | (925) 551-8115<br>(925) 556-6205<br>(925) 556-6206 | Get Report |
| DOWNING, MARY C | 12248 TOLUCA DR<br>SAN RAMON, CA 94583-2643<br>COUNTY: CONTRA COSTA | | Get Report |
| MARX, GARY J | 12228 TOLUCA DR<br>SAN RAMON, CA 94583-2619<br>COUNTY: CONTRA COSTA | (925) 829-9732 | Get Report |
| FLEURY, JEAN KAREN | 12227 TOLUCA DR<br>SAN RAMON, CA 94583-2645<br>COUNTY: CONTRA COSTA | (925) 556-1996 | Get Report |
| | 12251 TOLUCA DR<br>SAN RAMON, CA 94583-2651<br>COUNTY: CONTRA COSTA | | Get Report |
| COLTON, CATHERINE ANN | 12252 TOLUCA DR<br>SAN RAMON, CA 94583-2643<br>COUNTY: CONTRA COSTA | (925) 875-1603 | Get Report |
| BLACKWELL, HUBERT Q | 12224 TOLUCA DR<br>SAN RAMON, CA 94583-2619<br>COUNTY: CONTRA COSTA | (925) 828-4276 | Get Report |
| HUGHELL, JAMES EDWARD | 12255 TOLUCA DR<br>SAN RAMON, CA 94583-2651<br>COUNTY: CONTRA COSTA | (925) 828-3317 | Get Report |
| | 12256 TOLUCA DR<br>SAN RAMON, CA 94583-2643<br>COUNTY: CONTRA COSTA | (925) 556-0382 | Get Report |
| LASTON, STEPHANIE L | 12259 TOLUCA DR<br>SAN RAMON, CA 94583-2651<br>COUNTY: CONTRA COSTA | (925) 829-6756<br>(925) 829-0760<br>778-7507 | Get Report |

Sources

**Sources**

| All Sources | 5 Source Documents |
|---|---|

| Person Locator 1 | 1 Source Document |
|---|---|
| Historical Person Locator | 4 Source Documents |

| Key: | |
|---|---|
| ⚑ | High or moderate risk indicator. These flags may prompt you to investigate further |
| ✓ | The most recent telephone listing as reported by the EDA source |

Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.