Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JENNIFER LYNN GLASS,<br><br>　　　　　Defendant. | CASE NO. 4:07-CV-04847-SBA<br><br>Honorable Saundra Brown Armstrong<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

Plaintiffs respectfully request that the Court continue the case management conference currently set for July 17, 2008, at 4:00 p.m., to October 16, 2008.  As further explained below, Defendant Jennifer Lynn Glass ("Defendant") has not yet been served or appeared in this action, and therefore there is no need for a case management conference at this time.

1. Plaintiffs filed their initial Complaint against a John Doe defendant on September 20, 2007.  In order to obtain information sufficient to identify the Doe defendant, Plaintiffs also filed their *Ex Parte* Application for Leave to Take Immediate Discovery on September 20, 2007, seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP").  On October 4, 2007, the Court issued its Order for Leave to Take Immediate Discovery, which was promptly served on the ISP along with a Rule 45 subpoena.  On November 16, 2007, the ISP responded to Plaintiffs' subpoena, identifying the Defendant, Jennifer Lynn Glass.

2. While the case was still in the Doe stage, the Court issued a January 4, 2008 Order granting Plaintiffs' previous request to continue the case management conference from January 10, 2008, and once the First Amended Complaint was filed, the Court issued an order on March 28, 2008 granting Plaintiffs' second request to continue the case management conference from April 9, 2008.[1]

3. After the ISP identified Ms. Glass, Plaintiffs sent her a letter notifying her of Plaintiffs' copyright infringement claim and inviting her to contact Plaintiffs to attempt to resolve the dispute.  Although that letter was returned undelivered, Plaintiffs made further attempts to reach Ms. Glass and were eventually able to initiate settlement talks and forward written notification of their claims.  The parties did not reach a settlement.

4. Accordingly, Plaintiffs filed a First Amended Complaint on February 29, 2008, naming Ms. Glass individually as Defendant.

5. To date, Plaintiffs' attempts to serve Defendant with process have been unsuccessful.  Although Plaintiffs believe that Defendant is avoiding service and have sent her a service waiver

---

[1] The Court also issued two orders granting Plaintiffs' requests for extensions of time to effectuate service.  These orders were issued on May 5, 2008 and June 16, 2008.

request, Defendant has not yet returned the waiver, which is due back on July 3, 2008. Thus, Plaintiffs' efforts to serve Defendant will continue.

6. Given the foregoing circumstances, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for July 16, 2008, at 2:30 p.m., to October 15, 2008, or such other date as conveniences the Court.

7. Plaintiffs will provide Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated: July 2, 2008                                    HOLME ROBERTS & OWEN LLP

                                                       By: _____/s/ Dawniell Alise Zavala____
                                                           DAWNIELL ALISE ZAVALA
                                                           Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for July 16, 2008, at 2:30 p.m., be continued to October 15, 2008 via telephone. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: 7/3/08                                    By: *Saundra B Armstrong*
                                                     Honorable Saundra Brown Armstrong
                                                     United States District Judge

2

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 4:07-cv-04847-SBA
#38555 v1