1  Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
Email:  dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
LAFACE RECORDS LLC; ELEKTRA
7  ENTERTAINMENT GROUP INC.; UMG
RECORDINGS, INC.; and WARNER BROS.
8  RECORDS INC.

9

10                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                       OAKLAND DIVISION

12

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER LYNN GLASS,<br><br>Defendant. | CASE NO.  C 07-04847 SBA<br><br>Honorable Sandra Armstrong<br><br>**PROOF OF SERVICE OF EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

PROOF OF SERVICE
Case No. C 07-04847 SBA
#38702 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On July 9, 2008, I served the foregoing documents described as:

**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Jennifer Lynn Glass**
> **12239 Toluca Dr.**
> **San Ramon, CA 94583**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 9, 2008 at San Francisco, California.

*/s/ Della Grant*
Della Grant

Proof of Service
Case No. C 07-04847 SBA
#38702 v1