1 | Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
3 | Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999
E-mail: dawniell.zavala@hro.com

Attorney for Plaintiffs
LAFACE RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                Plaintiffs,<br>  v.<br>JENNIFER LYNN GLASS,<br><br>                Defendant. | Case No.: 4:07-cv-04847-SBA<br><br>Hon. Sandra Brown Armstrong<br><br>**REQUEST TO ENTER DEFAULT** |

1 **TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

2  Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the
3 ground that Defendant has failed to appear or otherwise respond to the Amended Complaint within
4 the time prescribed by the Federal Rules of Civil Procedure. Declaration of Dawniell Zavala ¶¶ 3, 5.

5  Plaintiffs served the Summons and Amended Complaint on Defendant on August 9, 2008, by
6 substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2, Exh. A.
7 Neither Plaintiffs nor the Court have granted Defendant any formal extensions of time to respond to
8 the Amended Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant
9 or incompetent person or in the military service. Id. ¶ 6-7.

Dated: September 12, 2008_____    HOLME ROBERTS & OWEN LLP

By    */s/ Dawniell Zavala*
      Dawniell Zavala
      Attorney for Plaintiffs
      LAFACE RECORDS LLC; ELEKTRA
      ENTERTAINMENT GROUP INC.; UMG
      RECORDINGS, INC.; and WARNER
      BROS. RECORDS INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On September 12, 2008, I served the foregoing documents described as:

**REQUEST TO ENTER DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Jennifer Lynn Glass
> 12239 Toluca Drive
> San Ramon, CA 94583

    ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on September 12, 2008 at San Francisco, California.

_Della Grant_
Della Grant

2

POS RE: REQUEST TO ENTER DEFAULT
Case No. 4:07-cv-04847-SBA
#39968 v1 saf