**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street, Suite 400 South**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

September 15, 2008

RE: CV 07-04847 SBA        LAFACE RECORDS-v- JOHN DOE #4, et al.

Default is declined as to **Defendant Jennifer Lynn Glass** on **09/15/2008.**

RICHARD W. WIEKING, Clerk

by: *(signature)*
Jessie Mosley
Case Systems Administrator