Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
E-mail: dawniell.zavala@hro.com

Attorney for Plaintiffs
LAFACE RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                    Plaintiffs,<br>       v.<br><br>JENNIFER LYNN GLASS,<br><br>                    Defendant. | Case No.: 4:07-cv-04847-SBA<br><br>Hon. Sandra Brown Armstrong<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND ORDER** |

1  Plaintiffs respectfully request that the Court vacate the case management conference set for December 18, 2008 at 2:30 p.m.  Defendant was served with the Summons and Complaint on August 9, 2008, by substitute service.  To date, Defendant has failed to file an answer or otherwise respond to the Complaint.  Plaintiffs sent a letter to Defendant on September 3, 2008 regarding her failure to file an answer, but Defendant did not respond to this letter.  Accordingly, Plaintiffs filed their Request to Enter Default on September 12, 2008.  Unfortunately, this Request was denied, as the Proof of Service of the Summons and Complaint was incomplete.

Plaintiffs re-filed their Request to Enter Default on October 6, 2008 and attached an Amended Proof of Service indicating the address at which Defendant had received substitute service, and also indicating that Defendant been served by mail at the address where substitute service was performed.

The clerk entered default against Defendant on October 9, 2008 and Plaintiffs served Defendant with a copy of the Clerk's Entry of Default on the same day.  Plaintiffs then filed their Motion for Default Judgment against Defendant on October 30, 2008, and a hearing as to this Motion is currently set for January 20, 2009 at 1:00 p.m.  Thus, there appears to be no need for a case management conference at this time.  Accordingly, Plaintiffs respectfully request that the Court vacate the case management conference set for December 18, 2008 at 2:30 p.m.

Dated:  December 8, 2008                                    HOLME ROBERTS & OWEN LLP


                                                            By:  _____*/s/ Dawniell Alise Zavala*____
                                                                 DAWNIELL ALISE ZAVALA
                                                                 Attorney for Plaintiffs

1

*EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 4:07-cv-04847-SBA
#41406 v1 saf

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for December 18, 2008, at 2:30 p.m., is hereby vacated.

Dated: 12/10/08

*Saundra B. Armstrong*
Honorable Saundra Brown Armstrong
United States District Judge

2

*EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 4:07-cv-04847-SBA
#41406 v1 saf