Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
E-mail: dawniell.zavala@hro.com

Attorney for Plaintiffs
LAFACE RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>     Plaintiffs,<br> v.<br><br>JENNIFER LYNN GLASS,<br><br>     Defendant. | Case No.: 4:07-cv-04847-SBA<br><br>Hon. Sandra Brown Armstrong<br><br>**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST JENNIFER LYNN GLASS** |

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven (7) sound recordings listed in Exhibit A to Plaintiffs' Complaint. Accordingly, having adjudged to be in default, Defendant Jennifer Lynn Glass ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Eighty Dollars ($480.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "U remind Me," on album "8701," by artist Usher (SR# 307-207);
- "Heartache Tonight," on album "the Long Run," by artist Eagles (SR# 13-182);
- "Catch Up," on album "Back For the First Time," by artist Ludacris (SR# 289-433);
- "Hotel California," on album "Hotel California," by artist Eagles (SR# N38950);
- "Area Codes," on album "Word of Mouf," by artist Ludacris (SR# 304-605);
- "Suck My Kiss," on album "blood Sugar Sex Magik," by artist Red Hot Chili Peppers (SR# 135-276);
- "My Way," on album "My Way," by artist Usher (SR# 257-730);

and in any other sound recording, whether now in experience or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

1

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST JENNIFER LYNN GLASS
Case No. 4:07-cv-04847-SBA
#40740 v1

1  destroy all copies of those downloaded recordings transferred onto any physical medium or device in
2  Defendant's possession, custody, or control.
3
4
5  Dated:   2/18/09                              By: *Saundra B. Armstrong*
                                                      Honorable Saundra B. Armstrong
6                                                     United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On October 30, 2008, I served the foregoing documents described as:

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST JENNIFER LYNN GLASS**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Jennifer Lynn Glass
> 12239 Toluca Drive
> San Ramon, CA 94583

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 30, 2008 at San Francisco, California.

*Della Grant*
Della Grant

3

POS RE: [PROPOSED] DEFAULT
Case No. 4:07-cv-04847-SBA
#40740 v1